**Opinion issued May 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00996-CV

————————————

## IN RE MIGUEL ZARAGOZA FUENTES AND TEXAS LPG STORAGE COMPANY, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Miguel Zaragoza Fuentes and Texas LPG Storage Company, filed a petition for writ of mandamus challenging a purported ruling by the then-presiding trial court judge that all pretrial temporary orders issued under Section 6.502 of the Texas Family Code were reinstated following this Court's reversal of the final

divorce decree in the underlying case.[1] Our Court subsequently abated this original proceeding for the successor trial court judge to reconsider the challenged decision. *See* TEX. R. APP. P. 7.2(b). A supplemental clerk's record was filed demonstrating that the successor judge reconsidered the challenged decision and ordered all pretrial temporary orders set aside, except for certain temporary injunctions.

Given the successor judge's decision, relators were notified that their petition would be dismissed as moot unless they filed a response demonstrating that a live controversy still exists. Relators did not file a response. Accordingly, we reinstate this original proceeding and dismiss the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.

---

[1] The underlying case is *In the Matter of the Marriage of Evangelina Lopez Guzman Zaragoza and Miguel Zaragoza Fuentes, et al.*, cause number 2014-30215, pending in the 245th District Court of Harris County, Texas, the Honorable Tristan Longino presiding.